RECEIVED

DEC 14 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:22-cr-00290-01 |
| | * | Judge Joseph |
| VERSUS | * | Magistrate Judge McClusky |
| | * | |
| KANEILOUS JAQUAN WALKER | * | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Convicted Felon)

On or about February 20, 2022, in the Western District of Louisiana, the defendant, **Kaneilous Jaquan Walker**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in or affecting commerce a firearm, namely: one (1) Glock pistol; model: 30S; caliber .45 Auto and ammunition, in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

### FORFEITURE ALLEGATIONS AND NOTICE

The allegations in Count 1 are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the firearm violation in this Indictment, **Kaneilous Jaquan Walker** shall forfeit to the United States the following firearm and ammunition involved in the aforesaid

offense: one (1) Glock pistol; model: 30S; caliber .45 Auto and ammunition.

All in accordance with Title 28, United States Code, Section 2461(c), Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

*REDACTED*

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*/s/ Jessica D. Cassidy for*
TENNILLE M. GILREATH
(AR Bar #2005145)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600