IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

Versus                                        CASE NO. 3:22-CR-00290-DCJ-KDM

KANEILOUS WALKER,
    Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW COMES attorney KEITH T. WHIDDON, attorney of record herein for Defendant KANEILOUS WALKER, who moves this Honorable Court for an order allowing him to withdraw as counsel of record for Mr. WALKER for the following reasons:

1.

On January 6, 2023, an Oral Motion to Enroll as Counsel of Record was entered by the Honorable Court, enrolling Keith T. Whiddon as retained counsel and attorney on behalf of Mr. Kaneilous Walker.

2.

On or about May 6, 2023, Mr. Whiddon had an in-person client conference with Mr. Walker to discuss the pending trial, the outstanding plea offer, and discuss any viable defenses to the evidence that is expected to be introduced at trial.

3.

After discussing the pending trial, and the outstanding plea offer, Mr. Walker could not provide Mr. Whiddon with a viable defense to the evidence that is expected to be introduced at trial. Mr. Whiddon went on to explain the potential advantages of accepting the plea offer that has been extended by the Government and the possible disadvantages of taking the case to trial. Mr. Walker asked for time to "think about it (i.e., the government's plea offer)" and asked Mr. Whiddon to return on Wednesday (May 10, 2023 (five days before the trial will begin)).

4.

On Monday, May 8, 2023, the woman representing herself as Mr. Walker's girlfriend walked into the office of Mr. Whiddon without scheduling an appointment and requested a full refund. After meeting with Mr. Whiddon's paralegal, the girlfriend left the office; no amount of money was refunded at the conclusion of that meeting.

5.

On Tuesday, May 9, 2023, Mr. Whiddon spoke to Mr. Walker in person to discuss his asking for a refund. Mr. Whiddon told Mr. Walker that, at this point (i.e., being this close to trial), Mr. Walker has one of three options: "One: accept the plea [and receive the advantages of the same]. Two: take the case to trial [and accept the risks and pitfalls of the same]. Or three: try to find someone else." Mr. Walker told Mr. Whiddon he wanted someone else to handle his defense..

6.

Based on Mr. Walker's expressed desire to have another attorney defend his case, the impasse that Mr. Whiddon and Mr. Walker have unfortunately arrived at regarding effectively resolving this

case in a way advantageous to Mr. Walker, and Mr. Walker's inability to assist in providing a viable theory of defense for trial, Mr. Keith T. Whiddon seeks to withdraw as counsel of record in this matter.

7.

Notice of the filing of this motion has been forwarded to Mr. Walker, as follows:

Kaneilous J. Walker.
Ouachita Correctional Center
4801 US Highway 165 South
Monroe, Louisiana 71203

WHEREFORE, the undersigned, KEITH T. WHIDDON, prays that this Motion to Withdraw as Counsel of Record be granted and that this Honorable Court enter an Order allowing him to withdraw as counsel of record herein for Defendant KANEILOUS WALKER.

**Certificate**

I hereby certify that a copy of the above and foregoing MOTION TO WITHDRAW has been delivered, via CM/ECF system.

Signed this 10 day of MAY 2022.

*/S/Keith Thomas Whiddon*

Keith T. Whiddon

**Respectfully Submitted,**

*/S/Keith Thomas Whiddon*

Keith T. Whiddon, LA BRN 35384
Whiddon Law Office
601 North Fifth Street, Suite 218
Monroe, Louisiana 71201
T: (318) 387-2776
F: (318) 387-2767
keith@ktwlegal.com